out the award of costs to the defendant (See *ante*, p. 926), and as so modified affirmed, without costs of this appeal to either party. Held, that the trial court should, as a condition of awarding the equitable relief, have withheld costs from the defendant. All concurred.

Henry J. Simmelink, Appellant, v. The Supreme Court of the Independent Order of Foresters, Respondent.— Judgment affirmed, with costs, upon the authority of the decision in the same case on former appeal, reported at 152 Appellate Division, 892. All concurred, except Kruse, P. J., who dissented upon the dissenting opinion of Spring, J., on the former appeal.

Charles Hudson, Respondent, v. Glens Falls Insurance Company, Appellant.— Judgment reversed and complaint dismissed, with costs, including costs of this appeal. That part of the 21st finding of fact, to the effect that the statements made by the adjuster to the plaintiff at the time of the settlement were misrepresentations, either of fact or law, is disapproved, and stricken out. Held, that the tenant had no insurable interest in that part of the hay destroyed which was necessary to winter out the stock. All concurred. ·

Mary A. Crayton, Respondent, v. George E. Larabee and Others, Appellants.— Judgment and order affirmed, with costs. Held, *first*, that the defendant's motion for a nonsuit and dismissal of the complaint was properly denied; *second*, that the question of the power of the health officer to quarantine the plaintiff if he acted in good faith and had reasonable cause to believe that the plaintiff was infected and liable to communicate disease to others, was not raised at the trial by any exception to the charge or otherwise. All concurred, except Merrell, J., who dissented upon the ground that while the question referred to was not properly raised, this court has the power to, and should, pass upon that question.

In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Fifth Judicial District.— Mr. Charles T. Titus, attorney and counselor, residing at Utica, appointed to fill the vacancy caused by the resignation of Mr. John D. Kernan.

Laurence D. Rumsey and Others, as Executors, etc., and Others, Respondents, v. The People of the State of New York and Victoria F. Rame and Others, Appellants.— Appeals dismissed, without costs, upon stipulation filed.

George H. Rolffe, Appellant, v. George S. Mulford and Another, as Administrators, etc., Respondents.— Appeal dismissed, without costs, upon stipulation filed.

Crocker-Wheeler Company, Appellant, v. Genesee Recreation Company, Respondent.— Upon the reargument, order reversed, with costs, and judgment directed for the plaintiff upon the verdict, with costs, awarding possession of the two larger generators to the plaintiff, or in the alternative for the sum of $1,328, with interest thereon from the 25th day of December, 1907, and awarding possession of the smaller generator to the defendant. All concurred, except Kruse, P. J., and Merrell, J., who dissented, and voted for affirmance.